# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2018
LT Case No. 2020-CP-2339

_____

KATHLEEN JOAN DECKER,

    Appellant,

    v.

PATRICIA A. WILKINSON AND
THERESA M. HEBERT, CO-
TRUSTEES OF THE MARGARET A.
ATWOOD IRREVOCABLE TRUST
DATED AUGUST 14, 2020 AND
DANIEL HICKS AS PERSONAL
REPRESENTATIVE, ET AL,

    Appellees.

_____

On appeal from the Circuit Court for Marion County.
Kristie Healis, Judge.

Dock Blanchard, of Blanchard, Merriam & Adel, P.A., Ocala,
for Appellant.

Angela C. Flowers, of Kubicki Draper, Ocala, for Appellees.


February 13, 2024


PER CURIAM.

AFFIRMED.

MAKAR, HARRIS, and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____